UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LIZAMARIS DELAROSA,

    vs.   **ORDER OF RECUSAL**

UNITED STATES OF AMERICA, U.S. BUREAU     Civil Action No.
OF ATF, U.S. DEPARTMENT OF JUSTICE,     1:11-cv-368 (GTS/CFH)
CRAIG NOLAN, THOMAS M. JUSIANIEC,
THOMAS MCCOY, JAMES J. MOSTYN, and
OTHER UNKNOWN OFFICERS,

    Defendants.
_____

    The undersigned hereby **RECUSES** himself from the above-entitled action. Having reviewed this matter closely, it has come to the attention of the undersigned that there was an underlying investigation which took place while the undersigned was serving as the United States Attorney for the Northern District of New York. While the undersigned never participated in the underlying proceeding at issue in this action, and has no personal knowledge of this action, the undersigned finds it appropriate to recuse himself from this action to avoid any appearance of impropriety pursuant to 28 U.S.C. § 455(a).

    **WHEREFORE**, it is

    **ORDERED** that the Clerk enter this Order of Recusal for the undersigned; and it is further

    **ORDERED** that the Clerk shall randomly reassign this case to another United States District Judge; and it is further

    **ORDERED** that the Clerk shall serve a copy of this Order on the parties and the United States District Judge to whom the case is assigned.

Dated: September 11, 2012

                                                    Hon. Glenn T. Suddaby
                                                    U.S. District Judge