UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LIZAMARIS DELAROSA,<br><br>                              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>AUSA CRAIG NOLAN,<br>ATF SA THOMAS M. JUSIANIEC, and<br>ATF TFO THOMAS McCOY<br><br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:11-cv-368<br>) (NAM/CFH)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned civil proceeding, the above-captioned proceeding shall be dismissed with prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: June 24, 2016

                                                                           Lizamaris DeLaRosa,
Plaintiff, *Pro Se*
1 Barringer Street
Schenectady, New York 12304

Dated: June 22, 2016

                                                                           RICHARD S. HARTUNIAN
United States Attorney
P.O. Box 7198
Syracuse, New York 13261-7198

By: _____
       Charles E. Roberts
       Assistant U.S. Attorney

SO ORDERED:
Dated: ~~June~~ July 7, 2016

/s/ Norman A. Mordue
Hon. Norman A. Mordue
Senior U.S. District Judge